Robin KRIPP, Respondent,

v.

Anthony KRIPP, Petitioner.

Supreme Court of Pennsylvania.

Sept. 23, 2002.

### ORDER

PER CURIAM.

AND NOW, this 23rd day of September, 2002, the Petition for Allowance of Appeal is hereby GRANTED, LIMITED to the following issue:

Whether parol evidence should have been admitted to ascertain the parties' intended definition of the term "cohabitation" in a property settlement agreement?

Justice EAKIN did not participate in the consideration of this matter.